UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Dana Heines and Dennis Heines

Debtor(s).

Case No. 16-11868
Chapter 13

## LOSS MITIGATION REQUEST BY DEBTOR(S) AND CERTIFICATE OF SERVICE

PURSUANT TO SECTION V OF THE COURT'S LOSS MITIGATION PROGRAM PROCEDURES, THE CREDITOR NAMED HEREIN HAS 14 DAYS FROM SERVICE OF THIS REQUEST TO FILE AND SERVE AN OBJECTION TO LOSS MITIGATION REQUEST AND A NOTICE OF HEARING ON OBJECTION TO LOSS MITIGATION REQUEST ON THE DEBTOR(S), DEBTOR(S)' ATTORNEY, AND THE CASE TRUSTEE. IF AN OBJECTION TO LOSS MITIGATION REQUEST AND A NOTICE OF HEARING ON OBJECTION TO LOSS MITIGATION REQUEST ARE NOT FILED, THE COURT MAY ENTER A LOSS MITIGATION ORDER.

### I. IDENTIFICATION OF THE PROPERY AND THE PARTIES:

I am/We are the Debtor(s) in this case and hereby request to enter into the Loss Mitigation Program with respect to my/our Property located at:

Address: **62 Second Street**

**Athens, NY 12015**;

With the following Creditor:

Creditor's Name and Address:

**U.S. Bank N.A., as Trustee**

**c/o Dorf & Nelson LLP**

**555 Theodore Fremd Ave Rye, NY 1058**

With respect to the Property, Creditor is the holder of a:

☒ First Mortgage
☐ Second Mortgage
☐ Other (please specify): _____

1

(LM-01 Request by Debtor(s) rev. 03-15-2016)

## II. SIGNATURE:

I understand that if the court orders Loss Mitigation in this case, I am required to comply with the Loss Mitigation Program Procedures and will participate in good faith. **I understand that Loss Mitigation is voluntary for all parties and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me.** I understand that I am not required to request dismissal of my case as part of any resolution or settlement that is offered or agreed to during Loss Mitigation. I also understand that if a Loss Mitigation Order is entered, I am responsible pursuant to section VII(B) of the Loss Mitigation Program Procedures for adjourning any matters pending between the Loss Mitigation Parties for which I am the movant. I certify that the Property in question consists only of real property used as my principal residence in which I hold an interest.

Dated: 4/18/17

_____
Debtor

Dated: 4/18/17

_____
Joint Debtor

## III. LOSS MITIGATION CONTACT INFORMATION FOR ATTORNEY FOR DEBTOR(S):

Name: Michael Boyle

Title: Attorney

Firm: Tully Rinckey PLLC

Address: 441 New Karner Rd.

Address 2: _____

City: Albany     State: NY    Zip Code: 12205

Phone No.: 518-218-7100     Facsimile No.: 518-218-0496

Email Address: mboyle@tullylegal.com

2

(LM:01 Request by Debtor(s) rev. 03-15-2016)

## IV. CERTIFICATE OF SERVICE:

I, __NEELOFAR NANAB__, state under penalty of perjury that the following is true and accurate.

(1) That I am not a party to this action, am over 18 years of age, and reside in __Albany__, New York.

(2) That on __JUNE 2__, 20__17__, I served a true and accurate copy of the above Loss Mitigation Request by Debtor(s)—

—by notice of electronic filing (NEF) via the CM/ECF system upon the following parties at the email addresses listed below:

✓
—by first class mail upon the following parties at the addresses listed below:

U.S. BANK N.A., AS TRUSTEE
C/O DORF & NELSON LLP
555 THEODORE FREMD AVE RYE
NY 10580

✓
—by certified mail upon the following parties at the addresses listed below:

OCWEN LOAN SERVICING, LLC
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 24605
WEST PALM BEACH, FL 33416

Dated: __JUNE 2__, 20__17__
__ALBANY__, New York

__NEELOFAR NANAB__
Name

Sworn to before me this

__2__ day of __June__, 20__17__

_____
Notary Public, State of New York

MICHAEL LEO BOYLE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02BO6315704
Qualified in Schenectady County
Commission Expires December 1, 20__17__

3

(LM:01 Request by Debtor(s) rev. 03-15-2016)

MICHAEL LEO BOYLE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02BO6315434
Qualified in Schenectady County
Commission Expires December 1, 20__